UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. **16-1998**

Marin v. Biros
(W.D. Pa. No. 2-11-cv-00884)

To:   Clerk

1)   Motion by Appellant for leave to appeal in forma pauperis

---

    The foregoing motion to proceed in forma pauperis is granted. The appeal will be submitted to a panel of this court for determination under 28 U.S.C. § 1915(e)(2) as to whether the appeal will be dismissed as legally frivolous or whether summary affirmance under Third Circuit L.A.R. 27.4 and I.O.P. 10.6 is appropriate.  In making this determination, the district court opinion and record will be examined.  No briefing schedule will issue until this determination is made.  Although not necessary at this time, appellant may submit argument, not to exceed 5 pages, in support of the appeal.  The document, with certificate of service, must be filed with the clerk within 21 days of the date of this order.  Appellee need not file a response unless directed to do so or until a briefing schedule is issued.  The court may reconsider in forma pauperis status or request additional information at any time during the course of this appeal.


For the Court,

s/ Marcia M. Waldron
Clerk

Dated: May 18, 2016

mlr/cc: Mel M. Marin